TERESA C. CHOW (SBN 237694)
DYANNE J. CHO (SBN 306190)
ALEXANDER VITRUK (SBN 315756)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-4508
Telephone:  310.820.8800
Facsimile:  310.820.8859
Emails:  *tchow@bakerlaw.com*
  *dcho@bakerlaw.com*
  *avitruk@bakerlaw.com*

SEAN P. KILLEEN (SBN 320644)
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:  415.659.2600
Facsimile:  415.659.2601
Email:  *skilleen@bakerlaw.com*

*Attorneys for Defendant*
EISENHOWER MEDICAL CENTER

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.K. and N.Z., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EISENHOWER MEDICAL CENTER,<br><br>Defendant. | Case No.:  5:23-cv-02092-JGB-DTB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>FAC Filed:  April 22, 2024 |

1

JOINT NOTICE OF SETTLEMENT
CASE NO.: 5:23-CV-02092-JGB-DTB

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**ALMEIDA LAW GROUP LLC**
John R. Parker, Jr. (SBN 257761)
*parker@almeidalawgroup.com*
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936

*Counsel for Plaintiffs and the Proposed Classes*

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that plaintiffs B.K. and N.Z. ("Plaintiffs") and defendant Eisenhower Medical Center ("EMC," and together with Plaintiffs, the "Parties") in the above-captioned action ("Action") have reached a settlement in principle of the entire Action on a class wide basis (the "Settlement") following a private mediation on October 11, 2024. The Parties are in the process of preparing the settlement agreement, which the Parties will execute by or before November 26, 2024. Plaintiffs will file a motion for preliminary approval of the Settlement no later than December 17, 2024. Thus, Parties respectfully request that the Court stay the Action and vacate Defendant's November 1, 2024 deadline to respond to the Plaintiffs' First Amended Complaint, (*see* Dkt. 44) pending further settlement approval proceedings.

Respectfully submitted,

Dated: November 1, 2024     **BAKER & HOSTETLER LLP**

*/s/ Teresa C. Chow*
Teresa C. Chow

*Attorneys for Defendant*
EISENHOWER MEDICAL CENTER

Dated: November 1, 2024     **CLARKSON LAW FIRM P.C.**

*/s/ Yana Hart*
Yana Hart

*Attorneys for Plaintiffs* B.K. *and* N.Z.

**L.R. 5-4.3.4(a)(2)(i) ATTESTATION**

I, Teresa C. Chow, attest that the other signatory listed, Yana Hart, on whose behalf the Joint Notice of Settlement ("Notice") is submitted, concurs in the Notice's content and has authorized its filing.

/s/ *Teresa C. Chow*
TERESA C. CHOW