**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**ALMEIDA LAW GROUP LLC**
Matthew J. Langley (SBN 342846)
*matt@almeidalawgroup.com*
849 West Webster Avenue
Chicago, IL 60614
Tel: (708) 529-5418

*Counsel for Plaintiffs & the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

B.K., and N.Z., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EISENHOWER MEDICAL CENTER,

Defendant.

Case No. 5:23-cv-02092-JGB-DTB

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**Hearing Information**
Date: March 24, 2025
Time: 9:00 a.m.
Location: Courtroom 1
Hon. Jesus G. Bernal

Complaint Filed: October 12, 2023
FAC Filed: April 22, 2024



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 24, 2025, at 9:00 a.m., or as soon thereafter as the parties may be heard by the Honorable Jesus G. Bernal, Courtroom 1, located at the United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501, Plaintiffs B.K. and N.Z. ("**Plaintiffs**") will, and hereby do move the Court for an Order in accordance with Federal Rule of Civil Procedure 23:

(1) granting preliminary approval of the concurrently filed proposed Class Action Settlement Agreement and Release ("**Settlement**") and finding it sufficiently fair, reasonable, adequate, and in the best interests of the Settlement Class;

(2) finding that, for purposes of effectuating the proposed Settlement, the prerequisites for class certification under Federal Rule of Civil Procedure 23(a) are likely to be found satisfied;

(3) appointing Plaintiffs B.K. and N.Z. as Class Representatives for the Settlement Class;

(4) appointing, as Settlement Class Counsel, Ryan J. Clarkson, Yana Hart and Bryan P. Thompson of Clarkson Law Firm, P.C., and Matthew J. Langley of Almeida Law Group, LLC. (collectively, "**Class Counsel**");

(5) appointing EAG Gulf Coast, LLC ("**EAG**") as Settlement Administrator;

(6) approving the Parties' proposed Notice Plan and form and content of the Notices and Claim Form, as well as Objection procedures;

(7) directing commencement of Notice;

(8) setting deadlines for any objections to, and/or requests for exclusion from, the proposed Settlement;

(9) further staying the Action or otherwise adjourning litigation deadlines pending decision on Final Approval of the Settlement;

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

(10) staying and/or enjoining, pending decision on final approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

(11) scheduling a Final Approval Hearing to consider entry of a Final Approval Order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, reimbursement of litigation costs, and Service Payments to the Class Representatives.

Plaintiffs also respectfully request that the Court impose the following schedule with respect to the Settlement:

| EVENT | DATE |
|---|---|
| Notice Date (the date Settlement Administrator must commence Class Notice) | Within 30 calendar days after the issuance of the Preliminary Approval Order |
| Claims Deadline (submission deadline for Claims) | 90 calendar days after the Notice Date |
| Objection Deadline (filing deadline for Objections) | 60 calendar days after the Notice Date |
| Exclusion Deadline (deadline to submit Opt-Outs) | 60 calendar days after the Notice Date |
| Motions for Attorneys' Fees, Reimbursement of Expenses, and Service Payments to be filed by Plaintiffs' Counsel | 14 court days prior to the Objection / Exclusion Deadline |
| Motion for Final Approval | 14 court days prior to Final Approval Hearing |
| Final Approval Hearing | Any date that is at least 130 days after the issuance of the Preliminary Approval Order |

This Motion is made on the grounds that the Settlement is fair, adequate, and reasonable given the relative strengths and weaknesses of the claims and defenses; the risks, expense, complexity and likely duration of further litigation; the amount offered in settlement; the experience and views of counsel; and the public policy in favor of

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

quieting litigation. This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities set forth below; the Joint Declaration of Yana Hart and Bryan P. Thompson of Clarkson Law Firm, P.C., and Matthew J. Langley of Almeida Law Group, LLC and all exhibits attached thereto; the Declaration of Ryan Aldridge on behalf of EAG; the Declarations of Plaintiffs; the [Proposed] Preliminary Approval Order; the record in this action; and any other matters and argument the Court may consider at the hearing of this motion.

Respectfully submitted,

Dated: February 18, 2025

**CLARKSON LAW FIRM, P.C.**

*/s/ Bryan P. Thompson*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
Bryan P. Thompson, Esq.

**ALMEIDA LAW GROUP LLC**

*/s/ Matthew J. Langley*
Matthew J. Langley, Esq.

*Counsel for Plaintiffs & the Proposed Classes*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com