# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.K. and N.Z., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EISENHOWER MEDICAL CENTER,<br><br>Defendant. | Case No. 5:23-cv-02092-JGB-DTB<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Final approval of the Settlement Agreement is **GRANTED**;
2. The Court **AWARDS** Class Counsel attorneys' fees in the amount of $288,750;

3. The Court **AWARDS** Class Counsel costs in the amount of $9,180.63;

4. The Court **AWARDS** $2,500 to Plaintiff B.K. and **AWARDS** $2,500 to Plaintiff N.Z.;

5. Payment of $73,356 to the Settlement Administrator is **ORDERED**;

6. The Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 22, 2025

Honorable Jesus G. Bernal
United States District Judge